1044

No. 86–124. HABERSHAM AT NORTHRIDGE *v.* FULTON COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 53.

No. 85–2060. MINGEY ET AL. *v.* LLAGUNO ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.